```
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
                  FORT PIERCE DIVISION
          CASE NO. 07-14026-CR-MARTINEZ/LYNCH
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

GUSTAVO NATIVIDAD-GARCIA,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Order of Reference from District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on May 22,2007. A Report and Recommendation was filed on May 30,2007, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety. The Defendant is adjudged guilty to the sole Count of the Indictment which charges that on or about November 15, 2006, in St. Lucie County, in the Southern District of Florida, and elsewhere, the Defendant, an alien having been convicted of an aggravated felony, to wit: Sexual Assault on or about August 8, 1996, Case No. CRB-21, 767, in the 238 Judicial District, Midland County, Texas, having been previously arrested and deported to Mexico, on or about February 9, 2004, was found to be in the

United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security as designated by Title 6, United States Code, Sections 202(3),202(4)and 557,having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a)and (b)(2).

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 11 day of June, 2007.

                                              _____
                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
       All Counsel Of Record
       U.S.Probation Office